# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-3243

_____

James R. Mickelson, Suing as James    *
Roy Mickelson,    *
   *
        Appellant,    *
   *   Appeal from the United States
     v.    *   District Court for the
   *   District of Minnesota.
Warden Carol Holinka,    *
   *   [UNPUBLISHED]
        Appellee.    *

_____

Submitted: April 30, 2008
Filed: May 5, 2008

_____

Before WOLLMAN, RILEY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

James R. Mickelson appeals the district court's[1] denial of his 28 U.S.C. § 2241 petition and related motion challenging the Bureau of Prisons' denial of his requests for immediate halfway-house placement. We dismiss the appeal as moot, because Mickelson was transferred to a halfway house on April 15, 2008. See Calderon v. Moore, 518 U.S. 149, 150 (1996) (per curiam) (when event occurs during pendency

_____

[1]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Susan Richard Nelson, United States Magistrate Judge for the District of Minnesota.

of appeal that renders it impossible for court--if it should decide case in appellant's favor--to grant effective relief, court will dismiss appeal as moot).  We also decline to address Mickelson's new claims on appeal, <u>see</u> <u>Poolman v. City of Grafton</u>, 487 F.3d 1098, 1101 (8th Cir. 2007), and we deny the pending motions.

_____